**ELECTRONICALLY FILED**
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

| | |
|---|---|
| BETESSA FAITH FOREMAN, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Case No.: 6:15-cv-176-DCR |
| | ) |
| METROPOLITAN LIFE INSURANCE | ) |
| COMPANY | ) |
| | ) |
| | ) |
| Defendant | ) |

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that Plaintiff, Betessa Faith Foreman, by counsel, and Defendant, Metropolitan Life Insurance Company, by counsel, have reached a settlement in principle of this matter. The parties are finalizing the settlement and will tender a proposed Agreed Order of Dismissal with prejudice or notify the Court that the settlement could not be finalized within thirty (30) days or within the time period otherwise set by the Court.

This the _____ day of _____, 2015.

Tendered by:

s/ R. Aaron Hostettler
R. Aaron Hostettler
HAMM, MILBY & RIDINGS, PLLC
120 North Main Street
London, Kentucky 40741
(606) 864-4126
Fax: (606) 878-8144
*Counsel for Plaintiff*


-AND-


s/ Angela Logan Edwards
Angela Logan Edwards  (angela.edwards@dinsmore.com)
DINSMORE & SHOHL, LLP
101 South Fifth Street, Suite 2500
Louisville, KY  40202
(502) 581-8017
Fax:  (502) 581-8111
*Counsel for Defendant*