UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| BETESSA FAITH FOREMAN, | ) | |
| Plaintiff, | ) | Civil Action No. 6: 15-176-DCR |
| V. | ) | |
| METROPOLITAN LIFE INSURANCE CO., | ) | **ORDER** |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Order entered November 6, 2015 [Record No. 10], the parties have tendered a proposed Agreed Order of Dismissal with Prejudice [Record No. 11], indicating that all issues in dispute have been finally resolved. Accordingly, it is hereby

**ORDERED** as follows:

1. This action is **DISMISSED**, with prejudice, and **STRICKEN** from the Court's docket.

2. The parties shall bear their respective costs and expenses incurred herein.

This 16th day of November, 2015.

